**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Herman E. GREER; Herman E. Greer, Trustee of Greer Farm Trust, Defendants—Appellants,**

and

**Helen G. McKinney; Helen G. McKinney, Executrix of the Estate of Elise Greer; State of North Carolina; Transylvania County; Lisa Greer Whitmire; Timothy C. Whitmire, Trustee of Greer Farm Trust, Defendants.**

No. 05–2043.

United States Court of Appeals, Fourth Circuit.

Submitted April 21, 2006.

Decided May 24, 2006.

Herman E. Greer, Appellant Pro Se. Teresa Ellen McLaughlin; Patricia McDonald Bowman, United States Department of Justice, Washington, D.C., for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed in part; vacated and remanded in part by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Herman E. Greer appeals the district court's orders holding that Transylvania County, North Carolina, and the State of North Carolina have valid tax liens against a one-acre tract of land in Transylvania County; reducing a tax assessment against Greer to judgment and entering judgment for the United States in the amount of $320,544 plus interest; ordering foreclosure on and sale of the one-acre tract; and finding, after trial, that a twenty-acre tract of land conveyed to the Greer Farm Trust cannot be used to satisfy Greer's tax liabilities. We have considered the arguments raised by Greer and find them to be without merit. Because the assessment against Greer for tax year 1989 erroneously included $67,000 used to purchase the twenty-acre tract, the matter is remanded for the sole purpose of recalculating the income ascribed to Greer for the year 1989, recomputing the tax assessment for that year, and recomputing the total judgment against Greer. We accordingly affirm in part and vacate and remand in part. We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART; VACATED AND REMANDED IN PART*